IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TADESSE BAYENE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV256 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMLAND FOODS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion objecting to dismissal, which the Court liberally construes as a motion for reconsideration (Filing No. 15).  In his motion, plaintiff seeks reconsideration of the Court's November 30, 2010, memorandum opinion and order and judgment which dismissed plaintiff's complaint because the Court lacks subject matter jurisdiction (Filing Nos. 13 and 14).  The Court has carefully reviewed plaintiff's motion and finds no good cause for reconsideration of any portion of its November 30, 2010, memorandum opinion and order and judgment.

IT IS ORDERED that plaintiff's motion objecting to dismissal, construed as a motion for reconsideration is denied.

DATED this 4th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court