IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TADESSE BAYENE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV256 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMLAND FOODS, INC., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's second Motion for Leave to Appeal In Forma Pauperis (Filing No. 23). The Court previously denied plaintiff leave to appeal in forma pauperis because plaintiff's notice of appeal was untimely (Filing No. 20). The Court finds no reason for reconsideration of that decision.

IT IS ORDERED that plaintiff's Motion for Leave to Appeal In Forma Pauperis (Filing No. 23) is denied.

DATED this 19th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court